**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DEBORAH DAILEY, | : | No. 581 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA BOARD OF | : | |
| PENSIONS AND RETIREMENT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.

    Justice Dougherty did not participate in the consideration or decision of this matter.